UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lonny K. McKenzie,
    Plaintiff

v.                           Case No. 1:09-cv-341

Commissioner of Social Security,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 6, 2011 (Doc. 25).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's fee petition under the Equal Access Justice Act is **GRANTED** and plaintiff is awarded $5,039.21 in attorney fees and $350.00 in costs and expenses, for a total award of $5,389.21.

Date: June 29, 2011                         s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Senior Judge
                                                    United States District Court